AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| BEN GARRISON <br><br> *Plaintiff(s)* <br> v. <br> ANTI-DEFAMATION LEAGUE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:20-cv-00040-GEC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anti-Defamation League
Serve: Corporate Creations Network, Inc.
1629 K Street, N.W., # 300
Washington, D.C. 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven S. Biss, Esquire
300 West Main Street, Suite 102
Charlottesville, Virginia 22903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIA C. DUDLEY, CLERK OF COURT

Date: 10/05/2020

s/ Heidi Wheeler
*Deputy Clerk*

AO 440 (Rev 06/2) Summons in a Civil Action (Page 2)

Civil Action No. **3:20-cv-00040-GEC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Anti-Defamation League** was received by me on *(date)* **October 5, 2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Anthony Manciq, Receptionist** , who is designated by law to accept service of process on behalf of *(name of organization)* **Corporate Creations Network, Inc., Registered Agent for Anti-Defamation League** on *(date)* **Thursday, October 8, 2020** ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ **00.00** for travel and $ **89.00** for services, for a total of $ **89.00**.

I declare under penalty of perjury that this information is true.

Date: **October 11, 2020**

*Server's signature*

**Sean Gordon • Private Process Server**
*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Suite 300
Fairfax, VA 22030
703-385-5300
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 8, 2020, 9:08 am EDT at 1629 K St NW #300, Washington, DC 20006 received by Anthony Manciq, Receptionist for Corporate Creations Network, Inc., Registered Agent for Anti-Defamation League. Age: 28; Ethnicity: Hispanic; Gender: Male; Weight: 190; Height: 5 11"; Hair: Black;

**Recipient accepted paperwork personally and stated that he had the authority to do such.**