UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BEN GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:20-cv-00040-GEC |
| | ) | |
| ANTI-DEFAMATION LEAGUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

THIS DAY came Patrick J. Curran Jr. (VSB #86144), admitted to practice before this Court, and moved for the admission of Nathan Siegel to appear *pro hac vice* in the above-captioned matter. For good cause shown, the Motion is **GRANTED**. It is hereby **ORDERED** that Nathan Siegel be admitted to appear *pro hac vice* in the above-captioned matter on behalf of Defendant Anti-Defamation League.

Entered this 17th day of December, 2020.

Glen Conrad

Hon. Glen E. Conrad
Senior United States District Court Judge