# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| BEN GARRISON, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:20-cv-00040-GEC |
| | ) |
| ANTI-DEFAMATION LEAGUE, | ) |
| | ) |
|        Defendant. | ) |
| | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

STEVEN S. BISS, ESQ.

By: */s/ Steven S. Biss*
    Steven S. Biss (VA Bar No. 32972)

300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net

*Attorney for Plaintiff Ben Garrison*

DAVIS WRIGHT TREMAINE LLP

By: */s/ Patrick J. Curran Jr.*
    Patrick J. Curran Jr. (VA Bar No. 86144)
    Alison Schary (admitted *pro hac vice*)
    Nathan Siegel (admitted *pro hac vice*)

1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: 202-973-4200
Fax: 202-973-4499
patcurran@dwt.com
nathansiegel@dwt.com
alisonschary@dwt.com

*Attorneys for Defendant*
*Anti-Defamation League*

4851-4003-7085v.2 0116649-000001