IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| BEN GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20CV00040 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| ANTI-DEFAMATION LEAGUE, | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

The parties in this civil action have filed a stipulation of dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In accordance with the stipulation, it is hereby

ORDERED

that this action is **DISMISSED WITH PREJUDICE** and shall be **STRICKEN** from the court's active docket, with each side to bear his or its own costs and attorneys' fees.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This  15th  day of April, 2021.

_____
Senior United States District Judge